# PARKER & CARMODY, LLP
### ATTORNEYS AT LAW
### 850 THIRD AVENUE
### 14TH FLOOR
### NEW YORK, N. Y. 10022

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
Email: DanielParker @ aol.com

November 21, 2019

**EX PARTE**
**By email only**
Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

### Re: United States v. Hahson Mcrae
### 18 Cr 391 (JPO)

Dear Judge Oetken:

    I write asking the Court to approve my request to represent Mr. McRae pursuant to the Criminal Justice Act in an ancillary proceeding in New York County Supreme Court, Ind. 2747/14.

    Mr. McRae was indicted for a related narcotics case in New York County, that pre-dated his arrest in this case, for which he requires counsel. I have spoken with the CJA office and been advised that Your Honor has authority to appoint me in the State Court matter to represent Mr. McRae, who remains indigent.

    If the foregoing meets with the Court's approval, then I respectfully request that the Court "So Order" this letter and I will thereafter notify the CJA office.

    Thank you for your consideration in this matter.

Approved.
So ordered:
  December 5, 2019

Very truly yours,

Daniel S. Parker

_____
J. PAUL OETKEN
United States District Judge