**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER                                                                                           TELEPHONE: (212) 239-9777
MICHAEL CARMODY                                                                                     FACSIMILE:  (212) 239-9175
CHRISTINA S. COOPER                                                                                     DanielParker@aol.com

October 22, 2020

**By ECF**
Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Hahson McRae**
18 Cr 391 (JPO)

Dear Judge Oetken:

   I write requesting that the Court reappoint me pursuant to the Criminal Justice Act to represent Mr. McRae *nunc pro tunc* to April 18, 2020.

   I was previously appointed in June 2018 to represent Mr. McRae and I submitted a voucher on April 17, 2020 for legal services rendered. After I submitted the voucher, I continued to provide legal services to Mr. McRae, including, but not limited to, representing him with regard to his pending State court case and conferring with his attorney about this case, helping him secure the return of his property, speaking with him and his Federal probation officer about his supervised release conditions and compliance, and speaking with Mr. McRae and his wife regarding his mental health issues.

   I respectfully request that the Court reappoint me so that I can apply for compensation for legal services provided to the Defendant.  If the foregoing meets with Your Honor's approval, then I respectfully request that you "So Order" this letter, granting this application.

   Thank you for your consideration in this matter.

Respectfully submitted,

*[signature]*

1

2

Daniel S. Parker
Parker and Carmody, LLP
850 Third Avenue
14th Floor
New York, NY 10022
Tel. 917-670-7622
DanielParker@aol.com

> Granted.
> Attorney Daniel Parker is hereby reappointed under the CJA ACT nunc pro tunc to April 18, 2020.
>   So ordered.
>   October 23, 2020

*[signature]*
J. PAUL OETKEN
United States District Judge