UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>Hahson McRae,<br>                    Supervisee. | 18 CR. 391-06 (JPO)<br><br>ORDER |

Honorable J. Paul Oetken, U.S. District Judge:

    IT IS HEREBY ORDERED: Effective Thursday, October 28, 2021, Mr. McRae is discharged from the Bronx Residential Reentry Center, located at 2534 Creston Avenue, Bronx, NY 10468.

SO ORDERED.

Dated:    October 27, 2021
           New York, New York

_____
J. PAUL OETKEN
United States District Judge