UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

Hahson McRae ,

Supervisee.

Docket No. 1:18CR00391-06 (JPO)

<u>ORDER</u>

Honorable J. Paul Oetken, U.S. District Judge:

    IT IS HEREBY ORDERED: For the reasons stated on the record during a violation of supervised release status conference held on April 19, 2023, the supervised release conditions are modified to include the following special condition:

*Hahson McRae shall reside at the Residential Reentry Center, located at 2534 Creston Avenue, Bronx, NY, or a program location within the area of the New York City Metropolitan Area, for a period of <u>six (6) months.</u>*

*While at the Residential Reentry Center, the supervisee shall follow the facility's rules and regulations and the probation officer's instructions regarding the implementation of this court directive. The supervisee's contribution towards the cost of subsistence is waived.*

*Hahson McRae will be restricted to the Residential Reentry Center at all times except for mental health treatment, substance use treatment, medical appointments, employment, education, religious services, attorney visits, probation appointments, court appearances, court-ordered obligations, or other activities as preapproved by the U.S. Probation Officer and the Residential Reentry Center Case Manager. Hahson McRae needs to submit a written pass for the upcoming weeks and provide verifiable proof of the appointments and/or employment. Without verifiable proof, passes cannot be approved.*

SO ORDERED.

Dated:    April 19, 2023
              New York, New York

_____
J. PAUL OETKEN
United States District Judge