UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>Hahson McRae,<br><br>            Supervisee. | No. 18-CR-391-06 (JPO)<br><br>ORDER |

Honorable J. Paul Oetken, U.S. District Judge:

    IT IS HEREBY ORDERED THAT, on Friday, May 26, 2023, at or before 9:00 a.m., the United States Marshals Service shall produce Hahson McRae, Register Number 85807-054, to the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY, to be released to the U.S. Probation Office. Hahson McRae will then be directed by the U.S. Probation Office to report to the Bronx Residential Reentry Center for six (6) months' placement.

    IT IS FURTHER ORDERED that the Federal Bureau of Prisons will release Hahson McRae with a supply of his currently prescribed medication for medical and psychiatric conditions.

SO ORDERED.

Dated:    May 19, 2023
             New York, New York

                                                       J. PAUL OETKEN
                                                       United States District Judge