UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>HAHSON McRAE,<br>                    Defendant. | 18-CR-391-6 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

Defendant Hahson McRae is hereby discharged from his term of supervised release and shall be released from the Bronx Reentry Center.

SO ORDERED.

Dated: November 3, 2023
        New York, New York

_____
J. PAUL OETKEN
United States District Judge

1